UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

Paulletta higgins              CASE NO

Plaintiff,                     Injunctive relief sought

                               Jury Demand

Vs

Florida Department of children and families (dcf)
In its capacity of the state of Florida

Dcf office of inspector general in its capacity of
The state of Florida

Agency for health care administration (acha)

Logista care ( medical transportation)

FILED by JS D.C.
MAY 09 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

complaint

Plaintiffs, paulletta higgins hereby filed this complaint and dues listed defendants for declaratory and injunctive relief attorney fees expenses and costs (including, but not limited too courts courts and experts fees) pursuant to 42 u. S.c 12182et.seq and the 2010 America with disability act (ADA and alleeges as follows:

JURISDICTION AND VENUE
Original & Diversity

1.) This court is vested with ~~diversity/ subject~~ matter jurisdiction over this action pursuant to 28 U.s.C 1331 for plaintiffs claims arising under title 42 usc 12182 based on defendents violations of title 3 of the Ada. See also 28 usc 2201 and 2202 as well of the 2010 ada standards.

2.) Venue is proper In this court, Miami dade division pursuant to 28 usc 1391(B) and the internal operating procedures for the United States court for the southern District of Florida in that all events giving rise to the lawsuits occurred in Miami dade county Florida.

Parties

3.) Plaintiff paulletta higgins is a resident of the state of Florida residing in Miami dade county and is otherwise sui juris

4.) Upon information and belief defendants is depart of children and families located at 2525 NW 62nd st Miami Florida 33147 and dcf inspector general located at 1317 winewood blvd #5 Tallahassee Florida 32399, ahca 2727 mahan dr Tallahassee Florida 32308 and Logista care solutions 5875 NW 163 st Miami lakes fl 33014is subject to this lawsuit.

5.) The premise is a place of public accommodations who has fail their duties to served under the ada standards by denied me services to medical care, medical transportation, judicial proceedings due to my disability a.k.a( intentional tort) denying me a safe and healthy environment to happiness under the constitution of due process and color of law.

6.) Defendants is authorized to conduct, and is fact failing to conduct business within the state of Florida.

7.) Plaintiffs is a individual with numerous disabilities including parapedgic due to spinal injury, which cause a restriction to my spinal canal MS, neurological dysfunction pulmonary and cardio defectioncies. At the time of plaintiff contact to dcf, dcf inspector general and acha May 2018 and pior to instituteing this action, plaintiff suffered from a qualified disability under the ada and required the use of public accommodations extra space, acess to public accomindation service of the the state of Florida and extensive medical care treatment and services and the use of other means of accessibility for person with disabilities. Plaintiffs personally visited/contacted the premises on numerous occasions and was denied full and equal enjoyment of the facilities services, goods and amenities within the premises even tho I was a bona fide patron.

Plaintiffs is continuancely aware of the violations of defendants refusing me acess services medical care and treatment with in the state of Florida and is aware that it would be futile gesture to return to the premises as long as those violations exist, and plaintiffs is not willing to suffer additional discrimination.

8.) Plaintiffs would like to be able to be a patron of the premises and continuously work with defendants to access to public property in the community in the near future and be able to enjoy the goods and service that are available to the able bodied public, but is currently precluded from doing so ada result of defendants discriminatory conduct as describe her in.

9.) Plaintiffs has suffered, and will continue to suffer direct and indirect injury as a result of defendants discrimination, until defendants is is compelled to comply with the requirements of ada.

10.) Plaintiffs will continue to be precluded from using premises until correctively measures or taken at the premises of defendants (listed above) until im legal able to use theses service of the general public to eliminate the discrimination against persons with physical disabilities.

11.) Completely independent of her personal desires to have access to this place of public accommodations free from illegal barries to access, plaintiffs also acts as a tester for the purpose of discovering, encountering and engaging discrimination against the the disabled in public accommodations. When acting as a tester, plaintiffs employs a routine practice.

    Plaintiffs personally visits the public accommodations; engages all the Barriers to access, or at least of those plaintiffs is able to access; test all those barriers of access to determine whether and what the extent to which they are illegal barriers to access; proceed with legal action to enjoin such discrimination; and subsequently returns to the premises in the near future to verify its compliance or noncompliance with the ada and to otherwise use the public accommodations as a member of the able bodied community are able to do so. Independent or subsequent visits, plaintiffs also intends to visit the premises regularly to verify the premis defendants address ( as listed above) and its maintenance of the acessible features of the premises. In this instance plaintiffs in plaintiffs individual capacity an as a tester, visited the premises encountered barriers to access at the premises, engaged and tested those Varro, suffer legal harm and legal injury and will continue to suffer such harm and injury as a result of the illegal barriers to access and the violation of ada set forth herin. It is plaintiff beliefs that said violations will not be corrected w/o court intervention and thus plaintiffs will suffer legal harm or injury in the near future.

12.) Plaintiffs in her capacity as a tester will absolutely return to the premises listed in this amended complaint when defendants modifies the premises or modifiers the policies and practices of their employees to accommodates individuals who have physical disabilities to confirm said modifications have been completed in accordance with the requirements of ada.

13.) Plaintiffs has suffered injuries

14.) Plainiff called dcf inspector general who was denied acess to services medical care and treatment due to her disability ( plaintiff was misled by ms maurie aministrative assitent due to discrintory and conspiracies means)

15.) Plainiff phone ahca who was denied medical care, services, medical transportation, medical treatment

16.) Defendents is acting by every means of intentional tort by giving me straight Medicaid than taking it back in forth to deny me and my family the benefit it comes with

17.) Dcf is forceing me against my will to recerified my case every 6 months after all my life of receriting every year by every means of torture and intentional tort

18.) Plaintiff followed the change of command and get denied services involving these matters including judical proceeding ( with the office of appeal hearings)due to disability discrimination, conspiracy,s and torture

19.) Plaintiff was told she will be contacted by defendents but they mislead me for personal gain (a.k.a fraud)for my personal information and denied me the services in return ( never no call back in return )

20.) Plaintiff was misled by dcf that she had the services than told she didn't by Logista care ( medical transportation every means of intentional tort

21.) Logista care provider me services to my medical appt 2017 than refuse/denied as of may 2018

22.) Defendents acted as every means of torture to provoke me of filling this litigation with the court

23.) Plaintiff seeks emergency assistance Thur the office of appeals hearings involving Medicaid do to the urgency of her upcoming medical appointments who denied her judicial proceedings due to her disability

24.) Plaintiff was denied benefits to straight Medicaid due to her disability which Medicare don't provide

25.) Plaintiff has suffered severe irreapable harm from defendents who continue to violate her disability rights and without the benefits of straight Medicaid, and medical transportation plaintiff is losing her health care services, damages to her health, and can't get the proper medical treatment due to defendants discriminatory actions.

26.) Dcf forces me against my will to do things against my will and don't stop contacting me until it's done when I file cases with the office of appeals hearings ( by every means of intentional tort)

27.) Dcf stated to me in writing to my email they are not ada ( and push my issues listed in this complaint on another country agency ( by every means of intentional tort and refuses of services that they don't want to provide due to my disability)

28.) Defendants acted in every means of intentional tort/ torture etc…by provokeing me to file this litigation with this court and was not going to provide me assist/services within their facility until it done nothing I reached out to each defendants continuously who refused to help

Violation of the Americans disability act

29.) Plaintiff adopts and re allegaes the allegations stated in paragraph 1 – 14 above as it fully stated herion.

30.) On July 26 1990 congress enacted the ada 42 usc 12101 et. Seq commercial enterprise were provided one and a half (1.5) years from enactment of the statue to implement its requirements. The effective date of title 3 of the ada was January 26 1992 or January 26 1993 if defendents has ten (10) or fewer employees and gross receipts of 500,000.00 or less. See 42 usc 12182 see also 28 c.f.r 36.508(a).

31.) Confess found, among other things that:

A.) Some 43,000,000 Americans have one or more physical or mental disabilities and this number shall increase as the population continue to grow and grow

B.) Historically, society has tended to isolate and segregate individuals with disabilities and despite some improvements, such forms of discrimination against disabled individuals continue to be a pervasive social problem requireing serious attention;

C.) Discrimination against disabled individuals persist in such critical areas as employment housing, public accommodations, transportation communication, recreation institutions health services voting and access to public services and facilities.

D.) Individuals with disabilities continually suffer forms of discrimination including outright intentional exclusion, the discriminatory effects of of architectural, transportation and communication barriers, failure to modifications to existing facilities and practices exclusionary qualification standards and criteria, segregation and relegation to lesser services, programs, benefit or other opportunities and

E.) To continuing existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunities for which our county is justifiable famous and cost the United States billions of dollars in unesserasy expenses resulting from dependency and nonproductity.

42 U.s.c 12101 (a)(1)-(3),(5) and (9)

17.) congress explicitly stated that the purpose of the ada was to:

A.) Provide a clear and comprehensive nature manadate for elimination of discrimination against individuals with disabilities

B.) Provide clear, strong, consistent enforceable standards addressing discrimination against individuals with disabilities an

C.) Invoke the sweep of congressional aurthority, including the power to enforce the fourteenth amendment and to regulate commerce, in order to address the major areas of discrimination face on a daily basis by people with disabilities 42 usc 12101(b)(1)(2) and (4)

32.) Pursuant to 42 u.s.c 12182(7),28 cfr 36.104 and the 2010 Ada standards defendents premises is a place of public accommodations covered by the ada by the fact by it shall be/provides to the general public and must be in compliance theirwith.

33.)
Defendants has discriminationed, and continues to discriminate against plaintiff and others who are similarly situated by denying access to and full and equal enjoyment of goods, services, facilities,privileges advantages and/0r accommodations located at the

premises as prohibited by 42 usc 12182 and 42usc 12101 and by failing to accommodate the disabled to public services and access to public accomidations places

Prayers for relief

Plainiff seeks relief and her straight Medicaid back for her and her family

Plainiff seeks an injuntion

Plainiff seeks relief and continuation of services from listed defendents of my straight Medicaid

Plainiff seeks releif of this court compelling the state of Florida to train its employees when deal with persons with disabilities

Plainiff also seeks relief to whatever this court may deem fit.

Plaintiff seeks relief to her medical transportation care and treatment and without her straight Medicaid its is preventing her

Plaintiff seeks montary damages due to neglect of defendents due to the vulnerable disabled

*Paulette Hynes*
PO Box 10616
Miami Fl 33101
M 816-923-6168

I certify that on this 9th Day Of May 2018 electronity